UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-21635-CV-WILLIAMS

PNC BANK, N.A.,

    Plaintiff,

v.

DOLCE MARKETIG CORP., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Enjoliquè Lett's Report and Recommendations (DE 20) ("***Report***") on Plaintiff's Motion for Entry of Default Judgment and Incorporated Memorandum of Law (DE 18) ("***Motion***"). In the Report, Judge Lett recommends that the Court grant Plaintiff's Motion. (DE 20 at 13.) Specifically, Judge Lett finds that entry of final default judgment and an award of attorney's fees is appropriate. (*Id*.). No objections were filed to the Report, and the time to object has passed.

Upon careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Lett's Report (DE 20) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Entry of Default Judgment and Incorporated Memorandum of Law (DE 18) is **GRANTED**.

3. Final Judgement will be entered by way of a separate order.

4. All pending motions are **DENIED AS MOOT**. All deadlines are **CANCELED**.

5.     The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>23rd</u> day of February, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE